**The District Court of the 13th Judicial District.**
**County of Yellowstone.**

STATE OF MONTANA,
    Plaintiff,                      CAUSE NO. DC-07-163
vs.                               DECISION
RONALD MASCARENA,
    Defendant.

On October 9, 2009, the defendant was sentenced to a commitment to the

Department of Corrections for a period of three (3) years, for violation of the conditions of a suspended sentence, for the offense of Failure to Register as a Violent Offender, a felony. It is the recommendation of the Court that the Defendant be screened for the Pre-Release Program and upon acceptance follow all requirements and provisions. If not accepted, the Defendant will be placed at a Department of Corrections Facility or a State Correctional Institution for custody, care and treatment.

On May 6, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present via videoconference and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 6th day of May, 2010.

DATED this 26th day of May, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.